1

Michael Millen
Attorney at Law  (#151731)
119 Calle Marguerita  Ste. 100
Los Gatos, CA  95032
Telephone:  (408) 871-2777
Fax:  (408) 866-7480
mikemillen@aol.com

2

3

4

5

Attorney for Plaintiff

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11

JOHN DOE,

        Plaintiff,

12

        v.

13

DEPARTMENT OF JUSTICE OF THE STATE
OF CALIFORNIA, STATE OF CALIFORNIA,
CITY OF SUNNYVALE, OFFICER JOHN
BOGNANNO, and DOES 1 to 50,

14

15

16

        Defendants.

NO.:  22cv08685- BLF


**STIPULATED PROTECTIVE
ORDER ALLOWING JOHN DOE
TO PROCEED USING A
PSEUDONYM AND REQUIRING
THE PARTIES TO FILE
DOCUMENTS REVEALING HIS
TRUE IDENTITY WITH
APPROPRIATE REDACTIONS**

17

18

19

20

21

22

23

24

25

26

27

28

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA  95032
(408) 871-2777

**STIPULATION  AND PROTECTIVE ORDER RE: USAGE
OF DOE IDENTIFIER**

22cv08685- BLF

578331.1

1    IT IS HEREBY STIPULATED AND AGREED, by the undersigned attorneys for the

2    respective parties, that Plaintiff John Doe may proceed in the above-captioned case using a

3    pseudonym. Mr. Doe has requested this accommodation because he was accused of committing a

4    misdemeanor requiring sex offender registration but the charges were later dismissed.

5    It is further agreed that all documents filed in this case which reference or refer to John

6    Doe's true identity or identifying information shall be redacted in order to protect John Doe's

7    reputation.  The information to be redacted is as follows: name, date of birth, social security

8    number, current address, past addresses, and the case number of any state court criminal

9    proceeding or California Tort Claims Act claim form.

10    This stipulated protective order  applies to: any pleading, motion, declaration, affidavit, or

11    exhibit filed in this case.

12    Plaintiff has informed Defendants of John Doe's true identity.  In order to protect John

13    Doe's reputation, the parties agree that any document revealing his identity will be redacted, with

14    an unredacted copy emailed (the same day) to the Court and all parties.

15    This protective order shall be without prejudice as to the right of any party to oppose

16    production of any information or object to its admissibility into evidence.

17    If either party believes a document has been redacted improperly, the parties will make

18    good faith efforts to resolve the issue without the assistance of the Court.  In the event the parties

19    cannot resolve the dispute, the party disputing the use of redaction may file a motion to remove

20    redactions.

21    The parties agree to make all good faith best efforts to carefully review all documents filed

22    in this case or used at trial to ensure that any identifying information is appropriately redacted.

23

24

25

26

27

28

**STIPULATION AND PROTECTIVE ORDER RE: USAGE OF DOE IDENTIFIER**    22cv08685-BLF    Page 1

578331.1

1    After the termination of this case, the provisions of this protective order shall continue to be

2  binding.

3    SO STIPULATED.

4

5  Dated: April 27, 2023

6                                              /S/ MICHAEL MILLEN
                                                MICHAEL MILLEN, ESQ.

7

8                                              ROB BONTA
                                            Attorney General of California
9                                           CATHERINE WOODBRIDGE
                                         Supervising Deputy Attorney General

10

11  Dated: April 27, 2023

12                                             /S/ AMY W. LO
                                                AMY W. LO
13                                          Deputy Attorney General
                                         *Attorneys for State of California*
14                                         *acting by and through the*
                                              *Department of Justice*
15

16                                          ALLEN, GLAESSNER,
17                                       HAZELWOOD & WERTH, LLP

18

19  Dated: April 27, 2023

20                                             /S/ KEVIN ALLEN
                                                KEVIN P. ALLEN
21                                          Attorneys for Defendant
                                         CITY OF SUNNYVALE AND
22                                                  OFFICER
                                              JOHN BOGNANNO

23

24

25

26

27

28

**STIPULATION AND PROTECTIVE ORDER RE: USAGE OF DOE IDENTIFIER**    22cv08685-BLF    Page 2

578331.1

**ORDER**

Finding that the public will not be prevented from observing this Court's proceedings or rulings by implementation of the parties' stipulated protective order, it is ORDERED that the above stipulated protective order go into effect immediately.

Dated:  April 28, 2023

BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE

Michael Millen, Esq.
119 Calle Marguerita #100
Los Gatos, CA  95032
(408) 871-2777

**STIPULATION AND PROTECTIVE ORDER RE: USAGE OF DOE IDENTIFIER**   22cv08685-BLF     Page 3

578331.1